UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER IVAN OJEDA AND JOSE ANTONIO OJEDA, JR., INDIVIDUALLY AND AS CO-REPRESENTATIVES OF THE ESTATE OF JOSE ANTONIO OJEDA, DECEASED, OLINDA D. MORALES, INDIVIDUALLY AND YOLANDA OJEDA, INDIVIDUALLY<br><br>Plaintiffs,<br><br>VS.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC f/k/a BRIDGESTONE NORTH AMERICAN TIRE, LLC<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>SA 08 CA 0817 XR<br>(Jury Requested) |

## ADVISORY OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Counsel for Bridgestone Americas Tire Operations, LLC and Plaintiffs hereby notify the Court of the following:

1. As a result of settlement discussions involving Plaintiffs' counsel, Mikal Watts, Steve Cichowski, and Felix Gonzalez, and Bridgestone America's counsel, Thomas Woodrow, a confidential settlement has been reached among all parties remaining in the case.

2. The parties are preparing the settlement documents and a proposed final judgment will be submitted to the Court in short order.

                                          Respectfully Submitted,

By:   */s/ T. Christopher Trent*
      T. Christopher Trent
      State Bar No. 20209400
      Federal ID No. 14244

**ATTORNEY-IN-CHARGE FOR DEFENDANT BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC F/K/A BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC**

**OF COUNSEL:**

JOHNSON, SPALDING, DOYLE, WEST
  &TRENT, L.L.P.
Sherry Bankhead
State Bar No. 24006791
Federal ID No. 23177
R. Todd Marshall
State Bar No. 00784528
Federal ID No. 16679
919 Milam Street, Suite 1700
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile

and

James D. Guess
LAW OFFICES OF JAMES D. GUESS
411 Heimer
San Antonio, Texas 28232
(210) 340-1403 – Telephone
(210) 377-1065 – Facsimile

**ATTORNEYS FOR DEFENDANT BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC F/K/A BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC**

2

By:   */s/ Anthony E. Pletcher*
     *(signed by permission by Sherry Bankhead)*
     Anthony E. Pletcher
     State Bar No. 16069800
     Federal ID No. 2852

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS CHRISTOPHER IVAN OJEDA AND JOSE ANTONIO OJEDA, JR., INDIVIDUALLY AND AS CO-REPRESENTATIVES OF THE ESTATE OF JOSE ANTONIO OJEDA, DECEASED, AND OLINDA D. MORALES**

**OF COUNSEL:**

WATTS GUERRA CRAFT, L.L.P.
Mikal C. Watts
State Bar No. 20981820
Federal ID No. 12419
Tower II Bldg., 14th Floor
555 N. Carancahua
Corpus Christi, Texas 78478
(361) 887-0500 – Telephone
(361) 887-0055 – Facsimile

**ATTORNEYS FOR PLAINTIFFS CHRISTOPHER IVAN OJEDA AND JOSE ANTONIO OJEDA, JR., INDIVIDUALLY AND AS CO-REPRESENTATIVES OF THE ESTATE OF JOSE ANTONIO OJEDA, DECEASED, AND OLINDA D. MORALES**

By: <u>/s/ J. Felix Gonzalez</u>
*(signed by permission by Sherry Bankhead)*
J. Felix Gonzalez
State Bar No. 00793829

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
YOLANDA OJEDA**

**OF COUNSEL:**

CICHOWSKI & GONZALEZ, P.C.
711 Navarro, Suite 104
San Antonio, Texas 78205
(210) 298-6666 – Telephone
(210) 298-6000 – Facsimile

**ATTORNEYS FOR PLAINTIFF
YOLANDA OJEDA**

**CERTIFICATE OF SERVICE**

    The foregoing was electronically filed this 28th day of May 2009. Notice of this filing will be sent to all parties via operation of the District Clerk's electronic filing system. For any party in this case that does not have counsel registered with the District Clerk's electronic filing system, service will be made via certified mail, return receipt requested.

                                                                            /s/ Sherry Bankhead
                                                                            Sherry Bankhead

116406.1-5/28/2009